UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR1512-JM |
| Plaintiff, | ) | |
| | ) | ORDER ON JOINT MOTION TO |
| v. | ) | CONTINUE SENTENCING HEARING |
| SERGIO ENRIQUE ESCARENO-NORIEGA, | ) | |
| Defendant. | ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing scheduled for July 31, 2009, at 9:00 a.m., be continued to October 30, 2009, at 9:00 a.m.  It is further ordered that the time until acceptance of plea and sentencing being excluded under the Speedy Trial Act.

DATED: June 1, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge